Date: 05/07/10     #150281     DIVIDENDS REMITTED TO THE COURT     Page:

Case Number 09-18187 - GRACE, DARESHA JOY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT FIRST EXPRESS PO BOX 856132 LOUISVILLE, KY 40285-6132 ACCOUNT NO. 0003 | 000002 | 146.28 | 3.19 |

---------- Remittance Total --------------     146.28   act# 102   3.19

_____
RICHARD A. BAUMGART, Trustee